```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40668
   WANETTA KEALOHA SPIVEY
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3969


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/02/04 and confirmed on 12/17/04.

     2.  The case was dismissed after confirmation, 06/27/2008.

     3.  The Debtor paid a total of $   9089.34 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 90.23 | 1.65 | 90.23 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9879.57 | .00 | 3353.18 |
| ARMED FORCES BANK | UNSECURED | 312.46 | .00 | 106.04 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE CARDIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF ACCOUNT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 50.06 | .00 | 16.99 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTECH | UNSECURED | NOT FILED | .00 | .00 |
| COMMERICAL RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTING SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DAVID SHERWOOD ATTY | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT VETERAN AFFAI | UNSECURED | NOT FILED | .00 | .00 |
| DSC GROUP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GETSMART VISA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| INTERNATIONAL MAGAZINE S | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY CORP OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | 229.60 | .00 | 77.92 |

```
LCA COLLECTIONS            UNSECURED      NOT FILED           .00         .00
MALCOLM S GERALD           UNSECURED      NOT FILED           .00         .00
LAKE FOREST HOSPITAL       UNSECURED      NOT FILED           .00         .00
METRO SELF STORAGE         UNSECURED      NOT FILED           .00         .00
ILLINOIS STUDENT ASSIST    UNSECURED        2000.21           .00      632.87
NAVY EXCHANGE SERVICE CO   UNSECURED      NOT FILED           .00         .00
NCO FINANCIAL SYSTEMS IN   UNSECURED      NOT FILED           .00         .00
NORTH SUBURBAN MEDICAL S   UNSECURED      NOT FILED           .00         .00
NORTHEAST RADIOLOGY        UNSECURED      NOT FILED           .00         .00
BANK HOVEN                 UNSECURED      NOT FILED           .00         .00
QUEST DIAGNOSTICS          UNSECURED      NOT FILED           .00         .00
UNITED STUDENT AID FUNDS   UNSECURED        3376.68           .00     1146.06
SHAFER & ASSOC             UNSECURED          47.85           .00       16.26
SURGEONS GROUP             UNSECURED      NOT FILED           .00         .00
TEXAS GUARANTEED STUDENT   UNSECURED      NOT FILED           .00         .00
TRANS WORLD SYSTEMS        UNSECURED      NOT FILED           .00         .00
TRINITY INTERN'L UNIVERS   UNSECURED        1253.34           .00      425.39
CELLULAR ONE               SPECIAL CLASS  NOT FILED           .00         .00
VAN RU CREDIT CORP         UNSECURED      NOT FILED           .00         .00
VERGROFF WILLIAMS & ASSO   UNSECURED      NOT FILED           .00         .00
VERNON HILLS PEDIATRICS    UNSECURED      NOT FILED           .00         .00
WINDHAM PROFESSIONALS      UNSECURED      NOT FILED           .00         .00
WESTMORELAND OB-GYN        UNSECURED      NOT FILED           .00         .00
ERS                        UNSECURED         248.56           .00       84.36
PLAINS COMMERCE BK         UNSECURED         155.77           .00       52.87
```

Summary of disbursements:

```
                        SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
TOTAL CLMS ALLOWED        90.23          .00     17554.10        .00     17644.33
PRINCIPAL PAID            90.23          .00      5911.94        .00      6002.17
INTEREST PAID              1.65          .00          .00        .00         1.65
TOTAL PAID                91.88          .00      5911.94        .00      6003.82
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $    385.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/09/08                   /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 04 B 40668 WANETTA KEALOHA SPIVEY
```